UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TWIN RIVERS ENGINEERING
CORPORATION,

    Plaintiff,

v.                                       Case No. 6:12-cv-1794-Orl-36TBS

FIELDPIECE INSTRUMENTS, INC.,

    Defendant.
_____

ORDER

This case comes before the Court on Plaintiff's Amended Motion to Compel Production of Documents, Request for Attorneys' Fees and Costs and Supporting Memorandum of Law (Doc. 68), and Defendant's Response Memorandum in Opposition to Plaintiff's Amended Motion to Compel Production of Documents, Request for Attorneys' Fees and Costs and Supporting Memorandum of Law (Doc. 69). The Court held an August 14, 2013 hearing on the motion and now, for the reasons stated on the record at the hearing, the motion is GRANTED.

(1) With the exception of Defendant's objections based upon the attorney-client and work product privileges, all of Defendant's objections to Plaintiff's First Request for Production served April 2, 2013 are OVERRULED.

(2) Defendant has seven days from the rendition of this Order to serve a privilege log on Plaintiff. If Plaintiff challenges the assertion of a privilege by Defendant it should file a new motion to compel.

(3) With the exception of attorney-client and work product privileged documents, Defendant shall produce all documents responsive to Plaintiff's First Request for Production within ten days from the rendition of this Order. In responding to the documents sought in requests eleven and twelve, Defendant shall comply with the parties' agreement announced on the record at the hearing.

(4) None of the exceptions contained in FED.R.CIV.P. 37(a)(5) apply to this dispute. Plaintiff has fourteen days from the rendition of this Order within to file its motion for fees and costs and Defendant has fourteen days to respond to the motion.

IT IS SO ORDERED.

DONE AND ORDERED in Orlando, Florida, on August 14, 2013.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel